IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02087-ZLW

RICHARD MARTINEZ,

    Plaintiff,

v.

N.P. RITTENHOUSE, and
ANTHONY A. DeCESARO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2007

GREGORY C. LANGHAM
CLERK

---

ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT

---

Plaintiff Richard Martinez is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Martinez has filed *pro se* on November 21, 2007, a letter to the Court in which he objects to the Court's Order of Dismissal entered in this action on November 16, 2007. The Court must construe the letter liberally because Mr. Martinez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Order of Dismissal will be vacated.

In an order filed on October 5, 2007, Magistrate Judge Boyd N. Boland granted Mr. Martinez leave to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $2.00 within thirty days. The Court dismissed the instant action after Mr. Martinez failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

Mr. Martinez alleges in his November 21 letter that he attempted to pay the initial partial filing fee within the time allowed. He further alleges that prison officials originally approved his request for a money order to pay the initial partial filing fee on October 10, 2007, but later denied the request on October 29, 2007, because Mr. Martinez had insufficient funds. The documents Mr. Martinez has submitted with the November 21 letter appear to support his argument. He also asserts that he was not notified until November 7, 2007, that his request for a money order to pay the initial partial filing fee had been denied.

The Order of Dismissal and the Judgment entered in this action will be vacated because it appears that Mr. Martinez attempted to pay the initial partial filing fee within the time allowed but lacked sufficient funds to do so. Mr. Martinez will be allowed to proceed without payment of the initial partial filing fee. The Court will proceed to review the complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Martinez remains obligated to pay the full $350.00 filing fee through monthly installments as directed below. Accordingly, it is

ORDERED that the Court's Order of Dismissal and the Judgment entered on November 16, 2007, are vacated. It is

FURTHER ORDERED that Mr. Martinez may proceed in this action without payment of an initial partial filing fee. Mr. Martinez remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full, Mr. Martinez shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no

means by which to make each monthly payment. Mr. Martinez is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Martinez must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Martinez fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 13 day of Dec, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02087-BNB

Richard Martinez
Prisoner No. 75213
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/14/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk